# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **Patricia Dearborn,** | |
| Plaintiff, | Civil Action No. 1:05-CV-17 |
| v. | Judge John A. Woodcock, Jr. |
| **CitiBank, NA; Discovery Financial Services Insurance Agency; Experian Information Solutions, Inc.; TransUnion, L.L.C.; and Equifax Information Services, Inc.,** | **STIPULATION FOR DISMISSAL** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, Inc., are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under her Complaint against defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, Inc., has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, Inc., with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, Inc., with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

*Attorney for Plaintiff*

By: /s/Stephen C. Smith
Stephen C. Smith, Esq. (Bar No. 8720)
Smith Law Offices, P.A.
28 Main Street, Suite 1
Bangor, ME 04401
207-941-2395


Dated: January 25, 2006


*Attorney for Defendant CitiBank (South Dakota), NA*

By: /s/Jeffrey Bennett
Jeffrey Bennett, Esq. (Bar No. 7223)
The Bennett Law Firm, P.A.
P.O. Box 7799
Portland, Maine 04112-7799
(207) 774-2366

Attorneys for Defendant CitiBank (South Dakota), NA

Dated: January 25, 2006

*Attorney for Defendant Trans Union, LLC*

By: /s/Elizabeth G. Stouder, Esq.
Elizabeth G. Stouder, Esq (Bar No. 2840)
Richardson, Whitman, Large & Badger
465 Congress Street
Portland, Maine 04112-9545
207-774-7474

Dated: January 25, 2006

*Attorney for Defendant Equifax Information Services, LLC*

By: /s/Jacqueline W. Rider
Jacqueline W. Rider, Esq. (Bar No. 7771)
Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
 (207) 774-4000

Attorneys for Defendant Equifax Information Services, LLC

Dated: January 25, 2006

*Attorney for Defendant Discover Financial Services Insurance Co.*

By:  /s/John M.R. Paterson
John M.R. Paterson, Esq. (Bar No. 1400)
Bernstein, Shur, Sawyer & Nelson
P.O. Box 9729
Portland, Maine 04104-5029
207-774-1200

Attorney for Defendant Discover Financial Services Insurance Co.

Dated: January 25, 2006

*Attorneys for Defendant Experian Information Solutions, Inc.*

By: /s/Eric J. Wycoff_____
Eric J. Wycoff, Esq.
Pierce Atwood
One Monument Square
Portland, Maine 04101
(207) 791-1221

By: /s/Jeffrey Manghillis_____
Jeffrey Manghillis, Esq.
Jones day
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant Experian Information Solutions, Inc.

Dated: January 25, 2006

IT IS SO ORDERED.

Dated: _____ , 2006        _____
                                        UNITED STATES JUDGE